Rounick, Appellant, *v.* Sowa.

Argued April 25, 1969. Before BELL, C. J., COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Jack A. Rounick,* with him *Moss, Rounick and Hurowitz,* for appellant.

*Michael R. Bradley,* for appellee.

ORDER PER CURIAM, May 9, 1969:
Case remitted to the Superior Court.
Mr. Justice JONES took no part in the consideration or decision of this case.